# UNITED STATES DISTRICT COURT
## Northern District of Texas

AUG 1 6 1999

## ORDER STRIKING/UNFILING PLEADING

The Clerk, having identified a defect in the form of the document indicated below, and the Court, having independently determined that the document should be stricken, it is ordered that the document be stricken from the record of this case. The Clerk is hereby directed to unfile and return this document to the party who filed it.

AUG 1 6 1999 _____
DATE                                    JUDICIAL OFFICER

## NOTICE OF DEFICIENCY

*Nancy Doherty*
 *Clerk of Court*

Judge: **Fish**      Date: **8/16/99**
Case Number: **3:99CV1754**    Plaintiff: **J Keith Rose MD**
Deputy Clerk: **Valla Johnson**    Telephone Number: **214-753-2179**

* * * * * * * * * * * * * *

A(n) **Motion to Dismiss** has been filed by **Deft** and is considered deficient in the areas(s) noted below:

_____ 1. A summons must be filed with the complaint. See LR 3.1(b).
_____ 2. A civil cover sheet must be filed with the complaint. See LR 3.1(c).
_____ 3. The document(s) must be in proper form. See LR 10.1.
_____ 4. The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.
_____ 5. A completed certificate of service as defined in F.R.C.P. 5(d) is required.
_____ 6. Each separate document contained therein must be identified. See LR 5.1(c).
✓ 7. The motion must comply with LR 7.1 by including:
    a. ✓ certificate of conference or inability to confer
    b. ✓ brief in support of motion (maximum of 25 pages)
    c. _____ proposed order
    d. _____ copy of the proposed amended pleading with motion for leave to amend
_____ 8. A motion for continuance must be signed by the party as well as by the attorney of record. See LR 40.1.
_____ 9. Any out-of-district attorney applying for *pro hac vice* status must affirm in writing that he/she has read and will comply with *Dondi Props. Corp. v. Commerce Sav. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules. See LR 83.9(b).
_____ 10. Additional copies are required. See LR 5.1(b).
_____ 11. The attorney filing the pleading is not admitted to practice in this district. See LR 83.7.
_____ 12. Other _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| J. KEITH ROSE, M.D., <br> *Plaintiff*, | § § § | |
| v. | § § § | |
| UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL SCHOOL AT DALLAS; ROD J. ROHRICH, M.D.; FRITZ E. BARTON, M.D.; A. JAY BURNS, M.D.; H. STEVE BYRD, M.D.; DONNELL F JOHNS, PHD.; PHILIP L. KELTON, JR., M.D.; JEFFREY M. KENKEL, M.D.; WILLIAM ADAMS, M.D.; SCOTT N. OISHI, M.D.; HARRY H. ORRENSTEIN, M.D.; SAM BERAN, M.D.; and ILDIKO GYIMESI, M.D., <br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 3-99CV1754-G |

## DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE A. JOE FISH:

COME NOW UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL SCHOOL AT DALLAS; ROD J. ROHRICH, M.D.; FRITZ E. BARTON, M.D.; A. JAY BURNS, M.D.; H. STEVE BYRD, M.D.; DONNELL F JOHNS, PHD.; PHILIP L. KELTON, JR., M.D.; JEFFREY M. KENKEL, M.D.; WILLIAM ADAMS, M.D.; SCOTT N. OISHI, M.D.; HARRY H. ORRENSTEIN, M.D.; SAM BERAN, M.D.; and ILDIKO GYIMESI, M.D., by and through their attorney of record, Christopher Johnsen, and pursuant to FED.R.CIV.P. 12(b)(6), hereby file their Motion to Dismiss. In support thereof, Defendants would respectfully show this Court as follows:

